UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIAM D. HUBBARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MISCELLANEOUS NO. |
| VS. | ) | |
| | ) | 3:06-MC-0077-G |
| UNITED STATES OF AMERICA, | ) | |
| | ) | **ECF** |
| Defendant. | ) | |

## ORDER

The court has under consideration the recommendation of United States Magistrate Judge Jeff Kaplan. The district court reviewed the recommendation of the United States Magistrate Judge *de novo*. The court accepts the recommendation of the United States Magistrate Judge.

**SO ORDERED**.

September 8, 2006.

A. JOE FISH
CHIEF JUDGE